**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1474

WILBERT THOMAS, JR.,

Plaintiff - Appellant,

versus

SECRETARY OF LABOR, Office of Workers
Compensation Programs,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Walter E. Black, Jr., Senior District
Judge. (CA-02-1097-B)

Submitted: July 18, 2002          Decided: July 23, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wilbert Thomas, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilbert Thomas, Jr., appeals from the district court's order dismissing his action pursuant to 28 U.S.C.A. § 1915(e) (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Thomas v. Sec'y of Labor, No. CA-02-1097-B (D. Md. Apr. 17, 2002). Thomas' motion for a refund of the filing fee and for reimbursement of expenses is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED